**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIAM KEITH MCMINN                                                                    PLAINTIFF

v.                                          3:15CV00304-BRW-JJV

STEVE WRIGHT, LPN,
Greene County Jail; *et al.*                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy

Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection is

to a factual finding, specifically identify that finding and the evidence that supports your objection.

An original and one copy of your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.   The copy will be furnished to the opposing party.    Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before either the District Judge or

Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a  hearing is granted)

was not offered at  the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court<br>
Eastern District of Arkansas<br>
600 West Capitol Avenue, Suite A149<br>
Little Rock, AR 72201-3325

## **DISPOSITION**

William Keith McMinn ("Plaintiff") began this action on September 22, 2015, by filing an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1) and a *pro se* Complaint (Doc. No. 2).  His Application was incomplete because it lacked either a calculation sheet or a certified copy of his inmate trust fund account.  Plaintiff alleged that prison staff had refused to complete these forms.  (Doc. No. 1 at 3.)  On September 23, 2015, I denied Plaintiff's Application and directed him to submit a completed Application within thirty days.  (Doc. No. 3.)  In so doing, I sent a copy of that Order to the Sheriff of Greene County requesting his assistance (or that of his designee) in completing the necessary forms for Plaintiff. (*Id.*)

In excess of thirty days have now passed. Plaintiff has not submitted a completed Application, nor has he notified the Court of additional problems getting his calculation sheet or trust fund sheets completed by prison officials.[1]  While I take Plaintiff's allegations seriously, this action cannot proceed without either a completed Application or the statutory filing fee.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

---

[1]Plaintiff did file a Notice (Doc. No. 4) during that time, but this filing dealt exclusively with the alleged failings in his medical care.

Dated this 5th day of November, 2015.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE