# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLIAM KEITH MCMINN**                                                                               **PLAINTIFF**

**VS.**                                            **3:15CV00304-BRW-JJV**

**STEVE WRIGHT, LPN,**
**Greene County Jail;** *et al.*                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the time for doing so has passed.  After careful consideration, the Court approves and adopts the Proposed Findings and Partial Recommended Disposition as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of December, 2015.


                                       /s/ Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE