**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIAM KEITH MCMINN**                                                                                      **PLAINTIFF**

**VS.**                                              **3:15CV00304-BRW-JJV**

**STEVE WRIGHT, LPN,**
**Greene County Jail;** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of December, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1